AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## WESTERN DISTRICT OF TEXAS

FILED

CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY _____ fm _____
DEPUTY

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**LUIS IBANEZ**
TN: Luis Alberto Ibanez

**CASE NUMBER: EP-19-CR-02116FM(1)**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Luis Ibanez**_____
                                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] Probation Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF PROBATION

in violation of Title __18__ United States Code, Section(s) __3565__

Jeannette J. Clack
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 6, 2020       El Paso, TX
Date and Location

Bail fixed at $ to be determined

by Jeannette J. Clack
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Executed by USMS On August 20, 2020 In El Paso, Texas | |